IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ALEXIS E. PETERSON,<br><br>               Plaintiff,<br><br>vs.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE CO.,<br><br>               Defendant. | 8:24CV98<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the parties' Stipulation for Dismissal (Filing No. 37). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to pay its own costs, complete record waived.

Dated this 19th day of May, 2025.

                                                        BY THE COURT:

                                                        s/ Joseph F. Bataillon<br>
                                                        Senior United States District Judge